UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

FILED
U.S. DISTRICT COURT
2000 JAN 31　P 12: 29
LORETTA G. WHYTE

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND JANET JOSEPH | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0180 |
| RIVER PARISHES CO., INC. | * * * * | SECTION A<br>MAG. 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** through undersigned counsel, comes River Parishes Co., Inc., sought to be made defendant herein, and moves this Honorable Court for an order extending the time within which mover must file responsive pleadings for a period of twenty days (20) from the date on which this motion is filed, or until February 16, 2000, upon representing to the Court that there has been no previous extension of time within which to plead granted, and no opposing party has filed into the record an objection to the extension of time.

Respectfully submitted,

_____
BRUCE D. BURGLASS, JR. (4112)
ANDRE' C. GAUDIN (20191)
SCOTT O. GASPARD (23747)
BURGLASS & ASSOCIATES, L.L.C.
Two Lakeway Center • Suite 1240
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 836-2220
Attorneys for Defendant,
River Parishes Co., Inc.

DATE OF ENTRY  FEB 0 2 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND<br>JANET JOSEPH | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0180 |
| RIVER PARISHES CO., INC. | * * * | SECTION A |
| | * * | MAG. 1 |

*************************************************************************

## O R D E R

Considering the foregoing,

**IT IS ORDERED** that River Parishes Co., Inc., defendant herein, be and is hereby granted an extension of time within which to plead, through and until February 16, 2000.

New Orleans, Louisiana, this __1st__ day of ~~January~~ February, 2000.

_____
U. S. DISTRICT JUDGE