UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND | * | |
| JANET JOSEPH | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0180 |
| | * | |
| RIVER PARISHES CO., INC. | * | SECTION A |
| | * | |
| | * | MAG. 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, River Parishes Co., Inc. ("RIVCO"), and moves this court for a partial motion for summary judgment in its favor, pursuant to Fed.R.Civ.P. 56, there being no genuine issue of material fact, that the disability insurance policy purchased by RIVCO from Guaranty Life Insurance Company is not a collateral source and that RIVCO is entitled to a set-off from any judgment to Edward Lee Joseph of the payments made and to be made under the disability insurance policy and of the payments made by RIVCO as special advances against lost wages, all as more fully explained in the memorandum in support attached hereto.

Respectfully submitted,

**BURGLASS & TANKERSLEY, L.L.C.**

_____
BRUCE D. BURGLASS, JR. (14112)
ANDRE' C. GAUDIN (20191)
SCOTT O. GASPARD (23747)
2121 Airline Drive, Suite 203
Metairie, Louisiana 70001
Telephone: (504) 836-2220
Attorneys for Defendant,
River Parishes Co., Inc.

DATE OF ENTRY
JUL 1 9 2000

1

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, this ___14___ day of July, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND<br>JANET JOSEPH | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0180 |
| RIVER PARISHES CO., INC. | * * * | SECTION A |
| | * * | MAG. 1 |

*********************************************************************

### NOTICE OF HEARING AND REQUEST FOR ORAL ARGUMENT

**IT IS ORDERED** that claimant, Edward Lee Joseph, appear and show cause in the courtroom of Section "A" of the United States District Court, Eastern District of New Orleans, State of Louisiana, on the 2nd day of August, 2000, at 10:00 o'clock a.m., or as soon thereafter as counsel can be heard for oral argument, why the Motion for Partial Summary Judgment filed on behalf of defendant, River Parishes Co., Inc., should not be granted.

New Orleans, Louisiana, this ___18th___ day of July, 2000.

_____
JUDGE

**PLEASE SERVE:**

Edward Lee Joseph
through his attorneys of record
Stephen B. Murray, Esq.
Robert J. Diliberto, Esq.
909 Poydras Street - Suite 2550
New Orleans, Louisiana 70130