

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND<br>JANET JOSEPH | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0180 |
| RIVER PARISHES CO., INC. | * * | SECTION A |
| | * * | MAG. 1 |

*************************************************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes defendant, River Parishes Co., Inc., who moves this Honorable Court for leave to file a reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Partial Summary Judgment.

Respectfully submitted,

**BURGLASS & TANKERSLEY, L.L.C.**

_____
BRUCE D. BURGLASS, JR. (14112)
ANDRE' C. GAUDIN (20191)
SCOTT O. GASPARD (23747)
2121 Airline Drive, Suite 203
Metairie, Louisiana 70001
Telephone: (504) 836-2220
Attorneys for Defendant,
River Parishes Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, this ___ day of August, 2000.

_____

DATE OF ENTRY

AUG - 4 2000

1



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND<br>JANET JOSEPH | * <br> * <br> * | CIVIL ACTION |
| VERSUS | * <br> * | NO. 00-0180 |
| RIVER PARISHES CO., INC. | * <br> * <br> * <br> * | SECTION A <br><br> MAG. 1 |

*************************************************************************

Considering the foregoing motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant, River Parishes Co., Inc.,, be and is hereby granted leave to file its reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Partial Summary Judgment.

New Orleans, Louisiana, this ___3___ day of August, 2000.

_____
Charles Schwartz, Jr.