

MINUTE ENTRY
August 24, 2000
SCHWARTZ, J.

| | |
|---|---|
| EDWARD JOSEPH, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0180 |
| RIVER PARISHES CO., INC. | SECTION "A" |

## TRIAL PREPARATION ORDER

### JURY TRIAL

**IT IS ORDERED THAT:**

(1) All deposition testimony to be used in this matter is to be prepared in strict compliance with Section IX, Paragraph 11(a) of this Court's Uniform Pre-Trial Notice, as revised in December 1993. The Court will not permit use of a deposition which is not prepared in compliance with these requirements, except for good cause shown.

(2) All exhibits to be used at trial are to be prepared in strict compliance with Section IX, Paragraphs 10(a)-(f) of this Court's Uniform Pre-Trial Notice, as revised in December 1993.

No party shall be permitted to make use, at the trial, of any exhibits not identified as set forth in that Order

1




and/or for which a memorandum has not been submitted, except by leave of Court and for good cause shown.

(3)  Any discovery material, such as depositions, interrogatories, requests for admissions, etc. which any party may use at trial and which have not been previously filed in the Court record pursuant to Local Rule 6 must be delivered to this Judge's chambers no later than five (5) working days prior to trial.

(4)  Unless otherwise advised by the Court, trial will commence promptly at 10:00 A.M. and end at approximately 5:15 P.M., with a one-hour luncheon recess at approximately 12:30-1:30 P.M., and a twenty (20) minute recess at mid-morning and mid-afternoon. Trial will not be delayed awaiting the arrival of witnesses. Therefore, at all times during the trial, be certain to have an adequate number of witnesses available to meet this schedule.

(5)  Attorneys who have any problems which need resolution prior to trial shall give adequate notice to the Courtroom Deputy of such, and make arrangements for a conference with the Judge no later than twenty (20) minutes prior to the commencement of trial.  The starting time on the first day of trial may be delayed or moved up an hour because of jury pooling.

(6)  The parties are encouraged to continue any efforts to amicably resolve their litigation.  However, if the litigation is settled in whole or in part, the Court shall be promptly

notified by counsel for plaintiff or the settling parties. If the case is settled after working hours the day before trial or on the weekend before a Monday trial, the Courtroom Deputy or the Judge should be promptly notified at home. Thus, if time permits, the Court will take the necessary steps to have the jury cancelled. If time does not permit the jury to be cancelled, the parties subject themselves to the assessment of jury costs in accordance with Local Rule 8.3.

----------

CC: ALL COUNSEL OF RECORD

3