

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND<br>JANET JOSEPH | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0180 |
| RIVER PARISHES CO., INC. | * * | SECTION A |
| | * * | MAG. 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND ORDER OF VOLUNTARY DISMISSAL

**COMES NOW**, Janet Joseph, through undersigned counsel, who hereby moves this Honorable Court to dismiss, with prejudice, all demands of petitioner, Janet Joseph, as to all named defendants in the instant matter, River Parishes Co., Inc., each party to bear its own costs.

Respectfully submitted,

**THE MURRAY LAW FIRM**

_____
**STEPHEN B. MURRAY (9858)**
**ROBERT J. DILIBERTO (24783)**
909 Poydras Street - Suite 2550
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Attorneys for Plaintiffs, Edward Lee Joseph and Janet Joseph

DATE OF ENTRY
AUG 3 1 2000

1

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, this 29th day of August, 2000.

                                          ROBERT J. DILIBERTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND JANET JOSEPH | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0180 |
| RIVER PARISHES CO., INC. | * * * | SECTION A |
| | * * | MAG. 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the foregoing;

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED**, that all claims made by Janet Joseph in the above-entitled and numbered cause be and the same are hereby dismissed, with prejudice, against defendant, River Parishes Co., Inc., each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____August_____, 2000.

_____
JUDGE