```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

        2000 SEP -8 PM 1:04

          LORETTA G. WHYTE
                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

EDWARD LEE JOSEPH, ET AL               CIVIL ACTION

VERSUS                                 NO. 00-0180

RIVER PARISHES CO., INC.               SECTION "A"

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

    COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this <u>7TH</u> day of <u>SEPTEMBER</u>, 2000.

                                                      /s/ Charles Schwartz, Jr.
                                          UNITED STATES DISTRICT JUDGE

cc: ALL COUNSEL OF RECORD

```
DATE OF ENTRY
SEP - 8 2000
```

