

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 12 PM 3: 46

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EDWARD LEE JOSEPH AND JANET JOSEPH | * CIVIL ACTION |
| VERSUS | * NO. 00-0180 |
| RIVER PARISHES CO., INC. | * SECTION A |
| | * MAG. 1 |

*********************************************************************

## MOTION AND ORDER FOR FINAL DISMISSAL WITH PREJUDICE

**COMES NOW**, plaintiff, Edward Lee Joseph, through undersigned counsel, and suggests to this Honorable Court that plaintiff wishes to dismiss this entire action, including any and all claims arising out of the instant factual scenario between plaintiff and all defendants, with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
ROBERT J. DILIBERTO, ESQ.(#24783)
Attorney at Law
909 Poydras Street - Suite 2550
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Attorney for Plaintiff, Edward Lee Joseph

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, this _7_ day of _October_, 2000.

DATE OF ENTRY
OCT 17 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | | |
|---|---|---|
| EDWARD LEE JOSEPH AND<br>JANET JOSEPH | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0180 |
| RIVER PARISHES CO., INC. | * * | SECTION A |
| | * * | MAG. 1 |

*************************************************************************

## O R D E R

Considering the foregoing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this entire action, including any and all claims against all defendants, be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __16__ day of __October__, 2000.

_____
United States District Judge